# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00609-CV

**Gary Kramer and CHBC, Inc., Appellants**

**v.**

**Derrick Scott and Tiffany Scott, Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 09-165-C368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Gary Kramer and CHBC, Inc. have filed a motion requesting this Court to dismiss the instant appeal. Appellees do not oppose the motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellants' Motion

Filed:   December 29, 2009